UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================

| | |
|---|---|
| SANDY BERAM, | : |
|     Plaintiff, | : |
| v. | : |
| CEACO, INC., a Massachusetts domestic for-profit corporation, d/b/a Brainwright, as a division, and as successor-in-interest to Ceaco Co, a Massachusetts Business Trust, and as successor-in-interest to Ceaco, LLC, a Massachusetts limited liability company, and as successor-in-interest to Ceaco, Inc., a Massachusetts domestic for-profit corporation, CAROL J. GLAZER, and CYNTHIA A. BASQUE, | :    CIVIL ACTION NO.: 1:16-CV-10569-PBS |
|     Defendants. | : |

===============================

## SUGGESTION OF DEATH

PLEASE TAKE NOTICE that the Plaintiff, Sandy Beram, passed away on Thursday, June 16, 2016.

                Respectfully submitted,
                PLAINTIFF, Sandy Beram,

                By her Attorneys,

                /s/   *Philip M. Giordano, Esq.*
                Philip M. Giordano (BBO # 193530)
                REED & GIORDANO, P.A.
                47 Winter Street, Suite 800
                Boston, Massachusetts 02108-4774
                Telephone: 617-723-7755
                Facsimile: 617-723-7756
Dated: June 24, 2016      Email: pgiordano@reedgiordano.com

# CERTIFICATE OF SERVICE

      I, Philip M. Giordano, do hereby certify that on June 24, 2016, I caused to be served electronically transmitted the Suggestion of Death, by the Electronic Filing to the following CM/ECF registrants, and by causing a true copy to be served, by email and by first class mail, postage prepaid, to the following:

Gary W. Smith, Esq.
James E. Kruzer, Esq.
POSTERNAK, BLANKSTEIN & LUND, LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
*Attorneys for Defendants Ceaco, Inc., Carol Glazer and Cynthia Basque*

                          /s/ *Philip M. Giordano*
                          Philip M. Giordano

Dated: June 24, 2016