# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Harvey Beran
  Plaintiff

    V.

Carol Glazer, et.al.
  Defendants

CIVIL ACTION

NO. 1:16-cv-10569-PBS

## SETTLEMENT ORDER OF DISMISSAL

SARIS, Chief Judge

    The Court having been advised on April 21 2017, by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 45 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

April 24, 2017                                           /s/ C. Geraldino-Karasek

    Date                                                      Deputy Clerk