## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARVEY BERAM, as Administrator of the Estate of Sandy Beram, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 16-CV-10569-PBS |
| CEACO, INC., CAROL J. GLAZER and CYNTHIA A. BASQUE, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereto, by and through their respective counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, without costs and with all rights of appeal waived.

Respectfully submitted,

HARVEY BERAM, as Administrator of the
Estate of Sandy Beram
By his attorneys,

CEACO, INC., et al.
By their attorneys,

/s/ Philip M. Giordano
Philip M. Giordano (BBO #193530)
Giordano & Company, P.C.
REED & GIORDANO, P.A.
47 Winter Street, Suite 800
Boston, Massachusetts 02108-4774
(617) 723-7755
pgiordano@reedgiordano.com

/s/ Jon C. Cowen
Gary W. Smith (BBO #550352)
Jon C. Cowen (BBO #552961)
POSTERNAK BLANKSTEIN & LUND LLP
800 Boylston Street
Boston, MA 02199
(617) 973-6100
gsmith@pbl.com
jcowen@pbl.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of June, 2017, I caused a copy of the within document to be served electronically through the ECF system.

/s/ Jon C. Cowen
Gary W. Smith (BBO #550352)
Jon C. Cowen (BBO #552961)
Counsel for the Defendants
POSTERNAK BLANKSTEIN & LUND LLP
800 Boylston Street
Boston, MA 02199
(617) 973-6100
gsmith@pbl.com
jcowen@pbl.com